UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   EDCV 19-1369-MWF (KS)                                         Date: October 28, 2019

Title      *Thyrone Ryan Stewart v. Borders et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

     On July 25, 2019, Plaintiff, a California state prisoner who is proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint ("Complaint"). (Dkt. Nos. 1, 2.) On August 9, 2019, the Court dismissed the Complaint for failure to state a claim and directed Plaintiff to file a First Amended Complaint. (Dkt. No. 6.) On September 6, 2019, Plaintiff filed a First Amended Complaint (the "FAC"). (Dkt. No. 7.) On September 18, 2019, the Court dismissed the FAC with leave to amend for failure to state a claim. (Dkt. No. 8.) The Court ordered Plaintiff to file, no later than October 9, 2019, a Second Amended Complaint that corrected the defects identified by the Court in its September 18, 2019 Order. (*Id.*) More than two weeks have now passed since Plaintiff's Second Amended Complaint was due, and Plaintiff has neither filed his Second Amended Complaint nor communicated with the Court about his case since the Court's September 18, 2019 Order was filed.

     Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's September 18, 2019 Order.

     However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before November 18, 2019**, why the Court should not recommend that this action be dismissed for failure to prosecute. Plaintiff may discharge this Order by filing: (1) a request for an extension of time to file a Second Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's September 18, 2019 order; or (2) a Second

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 19-1369-MWF (KS)                                   Date: October 28, 2019

Title   *Thyrone Ryan Stewart v. Borders et al*

Amended Complaint. Alternatively, if Plaintiff does not wish to pursue this action, he may file a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A).

**Plaintiff is advised that the failure to timely comply with this order may result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |